PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Don Dwitt Brodie  **Docket Number:** 08-00880-001
 **PACTS Number:** 33369

**Name of Sentencing Judicial Officer:** The Honorable Robert G. Doumar, U.S.D.J., Eastern District of Virginia. The Honorable Dennis M. Cavanaugh, U.S.D.J., D/NJ accepted jurisdiction of this matter on November 25, 2008

**Date of Original Sentence:** 12/17/1992

**Original Offense:** Conspiracy to Distribute and Possession with Intent to Distribute "Crack" Cocaine

**Original Sentence:** 151 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 09/05/07

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

   On August 17, 2008, the offender was arrested and charged by the Plainfield Police Department with Possession of a Controlled Dangerous Substance, Distribution of a Controlled Dangerous Substance, and Distribution of a Controlled Dangerous Substance Near School Property. On December 4, 2008, the offender was indicted on the above-noted charges in Superior Court of New Jersey, Union County.

PROB 12C - Page 2
Don Dwitt Brodie

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 12/10/08

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12-19-08
Date

Dennis M. Cavanaugh
U.S. District Judge